3 So.2d 918

**Dave CLEM v. STATE.**

8 Div. 122.

Court of Appeals of Alabama.
May 27, 1941.

Sherman B. Powell, of Decatur, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

4 So.2d 921

**Shelley CLONTS v. STATE.**

7 Div. 640.

Court of Appeals of Alabama.
June 17, 1941.

Rehearing Stricken Oct. 7, 1941.

E. W. Harmon, of Anniston, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

3 So.2d 918

**John A. CLOUD v. STATE.**

8 Div. 97.

Court of Appeals of Alabama.
May 27, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

3 So.2d 918

**John CLOUD v. STATE.**

8 Div. 98.

Court of Appeals of Alabama.
May 27, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

5 So.2d 843

**Lenear CODY v. STATE.**

6 Div. 786.

Court of Appeals of Alabama.
Jan. 20, 1942:

Frederick V. Wells, of Birmingham, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

5 So.2d 843

**Lenear CODY v. STATE.**

6 Div. 787.

Court of Appeals of Alabama.
Jan. 13, 1942.

Frederick V. Wells, of Birmingham, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.